IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EMPLOYBRIDGE, LLC, a California
Limited Liability Company, and
EMPLOYMENT SOLUTIONS
MANAGEMENT, INC., a Georgia
Corporation,

       Plaintiffs,

       vs.                                           No.1:16-cv-00833 WJ/KK

RIVEN ROCK STAFFING, LLC, a Nevada
Limited Liability Company, LARRY SHAUN
SHEPHERD, an individual, CATHERINE
OLINGER, an individual, TERRY MILLER,
an individual, TIMOTHY JACQUEZ, an
individual, and Does 1 through 25, inclusive,

       Defendants.

## ENTRY OF APPEARANCE

COME NOW, Christopher M. Moody and Repps D. Stanford, of Moody & Warner, P.C., and hereby enter their appearances as attorneys of record for all Defendants in the above-captioned matter.

DATED this 5th day of August, 2016.

                                    Respectfully submitted,

                                    MOODY & WARNER, P.C.

                                    By: */s/ Repps D. Stanford 2016.08.05*
                                            Christopher M. Moody
                                            Repps D. Stanford
                                            4169 Montgomery Blvd. NE
                                            Albuquerque, NM  87109
                                            (505) 944-0033
                                            moody@nmlaborlaw.com
                                            Stanford@nmlaborlaw.com
                                            *Attorneys for Defendants*

I HEREBY CERTIFY that the foregoing document was filed through the CM/ECF system which caused all counsel of record to be served by electronic means on this 8th day of October, 2015.

Thomas Stahl
Rodey, Dickson, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
Albuquerque, NM 87102
Telephone: (505) 768-7240
Facsimile: (505) 768-7395
tstahl@rodey.com

Daniel P. Hart
Seyfarth Shaw, LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 881-5433
Facsimile: (404) 724-1633

Michael Cross
Seyfarth Shaw, LLP
400 Capital Mall, Suite 2350
Sacramento, CA 95814-4428
Telephone: (916) 498-7017
Facsimile: (916) 288-6330
*Attorney for Plaintiffs*

MOODY & WARNER, P.C.

By: */s/ Repps D. Stanford*
         Repps D. Stanford