Page 22

1  just didn't want to work in that environment anymore.
2  Great company, great people, just a clash of culture,
3  I guess, is the best way to put it.  It wasn't just
4  me.  There was a lot of these kinds of conversations
5  going on.  But the skilled trade and the general
6  labor, when separated, worked very well together.
7  But when they are combined, and you now have those
8  general labor managers and those folks, basically,
9  saying, okay, scrap the way you've done it in the
10 past.  Here's how we're going to do it now, it just
11 didn't work.
12       I loved staffing.  I wanted to stay in
13 staffing, but it was time to look for a new
14 opportunity.
15    Q.  And that's when you went to ProDrivers?
16    A.  Correct.
17    Q.  Were there any other jobs that we missed,
18 that we haven't talked about, between high school and
19 when you went to ProDrivers?
20    A.  I mean, I used to teach tennis.  Nothing of
21 a professional nature.  Those are my actual career
22 positions.
23    Q.  You used to teach tennis?
24    A.  I did.
25    Q.  What else -- what other sort of

Page 23

1  nonprofessional jobs have you had, then?
2     A.  Probably just the tennis teaching.
3     Q.  And then after you left ProDrivers -- what
4  time did you leave ProDrivers?
5     A.  I left ProDrivers, it was almost to the
6  day, a year after employment, so it would have been
7  at the end of April 2016.  And that's when I went to
8  Excel Staffing.
9     Q.  And why did you leave ProDrivers?
10    A.  Well, ProDrivers -- when I first started
11 with ProDrivers I was very excited.  It was the most
12 lengthy process I had ever been through.  It was a
13 three-month process of interviewing, getting to know
14 people, a lot of phone calls.  Just a lot of
15 face-to-face meetings.  To me, it said they think
16 this position is very important.  They didn't want to
17 just rush into it.  They wanted to take their time.
18 They wanted to make sure they found the right person,
19 that it was going to be a good fit, it would be a
20 good match.  And that was important to me, as well,
21 because I didn't want to get in another situation
22 where I left one bad situation just to get into
23 another.  I wanted to take my time, as well.
24       So, I started with the impression and with
25 the feeling that I had been through a very long

Page 24

1  extensive vetting process.  They put a lot of time
2  into this.  I put a lot of time into it.  So, I went
3  at it with the feeling that it would be a good fit.
4        From day one, what I went through in the
5  interview process to what I actually went through in
6  the day-to-day branch operation and actually
7  starting, it was just completely different.  It was
8  very chaotic.  And I understand that, because in our
9  office, fully staffed, there are three people.  And
10 with three people working the office every day, full
11 time, it is a very, very busy office.  When I
12 started, Fran Scott, who was the branch manager, was
13 there all alone.
14       It was just like, from day one, when I
15 walked in, it was, look, it is just baptism under
16 fire.  It is all hands on deck.  We need to -- there
17 is no real formal training.  We just need to get you
18 up to speed as quick as we can.  Just roll up our
19 sleeves, and we need to get to work.
20       So, I started just in an environment
21 completely different from my perception of it.  The
22 reality was just -- it was very chaotic.  There was
23 no real structure.  It was just, we have to keep the
24 ship afloat.  We have to get to work.
25       I had been told there was a third person

Page 25

1  starting, which was Mr. Jacquez, but that he was
2  starting a couple of weeks behind me.  So, Fran and I
3  were there for a couple of weeks alone.  And, again,
4  it wasn't what I had originally envisioned.  So right
5  from the get-go, I was thinking, okay, it's just kind
6  of strange.  Perception versus reality was completely
7  different.
8        We got to work, and, again, we're working
9  in a very chaotic and unstructured environment, where
10 it was just, again, trying to keep the ship afloat.
11 And then when Mr. Jacquez started, he -- again, now
12 we have another person just starting.  It was very
13 tough, because Fran's trying to train two brand-new
14 hires.  And you have to remember that transportation
15 is a very specialized industry.  Even though we both
16 had staffing backgrounds -- I'll speak for myself --
17 I had a staffing background.  I didn't have a
18 transportation background.  There was a lot to go
19 through, a lot to learn.  So, transportation is an
20 entity all unto itself.
21       So, once I got into the thick of it, I
22 enjoyed it.  I loved transportation.  It's very
23 fascinating.  I really enjoy it.  It was just -- I
24 kind of just put everything aside, and it is what it
25 is.  Let's buck up and get to work.