**Page 26**

1  Q. And that was what time, April 2015?
2  A. April, I believe so -- April, May. I can't
3  remember. It's been --
4  Q. Spring?
5  A. Yeah, spring.
6  Q. Of 2015?
7  A. Yeah.
8  Q. And how long were you employed by
9  ProDrivers?
10 A. 13 months.
11 Q. Until what date?
12 A. I can't remember the exact date. It was
13 June 20 something. I can't remember -- June
14 something of 2016 -- late June.
15 Q. And where did you go work after ProDrivers?
16 A. RivenRock Staffing.
17 Q. What date did you start at RivenRock?
18 A. I can't even remember the exact date.
19 Q. Was it in June of 2016?
20 A. June of 2016, yeah.
21 Q. Are you currently still employed by
22 RivenRock?
23 A. I am.
24 Q. Besides RivenRock have you worked with any
25 other company since leaving ProDrivers?

**Page 27**

1  A. No.
2  Q. How did your employment with ProDrivers
3  end?
4  A. I gave a letter of resignation, which I
5  gave to Fran Scott, and I gave to Mike DeLusque,
6  which was at the time my vice-president of our
7  region. E-mailed him a copy, since he's not in our
8  office, hand gave one and e-mailed one to Fran and
9  myself -- gave her a copy as well.
10 Q. And so you resigned from ProDrivers?
11 A. Yes.
12 Q. Why did you resign?
13 A. There were a lot of things I was not happy
14 with since 2015 -- end of 2015, that I didn't want to
15 be part of that organization anymore. There were a
16 lot of issues I was unhappy with.
17 Q. What were those things?
18 A. Commissions not being paid correctly, being
19 forced to change pay rates on drivers. Unethical,
20 things didn't feel were right -- forgery, fraud.
21 There were a lot of things that personally I don't --
22 the way I was brought up and the way with family,
23 that you don't just do that to people. Changing pay
24 rates and messing with people's pay, and forgery, I
25 can't do that. I'm not doing that.

**Page 28**

1  Q. You said one of the reasons was commissions
2  not being paid?
3  A. Right.
4  Q. Tell me about that?
5  A. Well, in standard with Volt Workforce
6  Solutions, when you get paid commission on top of a
7  salary, you can get a commission report. You can see
8  a breakdown of what you get paid and how you get
9  paid, and why you get paid that.
10    I was never able to obtain one of those. I
11 think the entire time I was with ProDrivers, I only
12 got one, and that was in the very beginning. And the
13 way the commission was explained to me at the time of
14 hire, before I even got hired, was not actually the
15 case.
16    There were a lot of factors that were being
17 brought into my commission that were never brought to
18 my attention by Mike DeLusque when I first
19 interviewed with him, and Tom Snable -- factors that
20 would bow into taking your commissions out, why.
21 They just said you get a certain percentage and they
22 didn't explain that there's all of these factors that
23 have to meet up right to get your commission.
24    So I wasn't paid commission correctly ever.
25 And never could get a report. When I asked for a

**Page 29**

1  generation of reports -- of commission reports, there
2  wasn't one. Or if I did get one, they would make
3  sure to tell you, Well, these numbers are wrong,
4  so -- I mean, They're not correct numbers. So that
5  is not going to be an accurate number. So I really
6  had nothing to go on at all the whole time I was
7  there.
8  Q. Other than the one report that you got --
9  if you didn't get reports, how did you know that your
10 commissions weren't paid correctly?
11 A. Because they kept telling us -- our senior
12 manager, which would be Mike DeLusque, Fran Scott,
13 the numbers aren't correct. So if the numbers aren't
14 correct, your commission isn't right.
15 Q. Which numbers aren't correct?
16 A. The GM numbers for the office, your what
17 they call EBRADA, all of these different numbers were
18 not accurate. They just kept saying they're not
19 accurate, so I didn't understand what's not accurate
20 and they couldn't give you a solid reason what's not
21 accurate. They kind of would fluff it off and be,
22 like, it will be better. Don't worry. We'll make it
23 right, is what they would always say, but it was
24 never made right.
25 Q. I heard you cough. If you need to take a