RECEIVED

JAN 23 2017

MOODY & WARNER, P.C.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

EMPLOYBRIDGE, LLC, a California
Limited Liability Company, and
EMPLOYMENT SOLUTIONS
MANAGEMENT, INC., a Georgia
Corporation,

      Plaintiffs,

v.

RIVEN ROCK STAFFING, LLC, a Nevada
Limited Liability Company, **LARRY SHAUN
SHEPHERD**, an individual, **CATHERINE
OLINGER**, an individual, **TERRY
MILLER**, and individual, **TIMOTHY
JACQUEZ**, an individual, and Does 1 through
25, inclusive,

      Defendants.

Case No. 16-833-WJ/KK

EXHIBIT 7

## VERIFICATION

I, Fran Scott, pursuant to 28 U.S.C. § 1746, state that I am the Market Leader for the Albuquerque, New Mexico, ProDrivers division of EmployBridge, LLC, a party in the above-captioned action. I am authorized to make this verification for and on behalf of EmployBridge, LLC, and Employment Solutions Management, Inc., and make this verification for that purpose.

I have read Plaintiffs' Answers To Defendant Riven Rock Staffing, LLC's First Set Of Interrogatories To Plaintiffs, and know the contents thereof. I am informed and believe that the information contained in these responses is true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December **30**, 2016, at Albuquerque, New Mexico.

Signature: _____
            Fran Scott

36457155v.1

EXHIBIT 7

## CERTIFICATE OF SERVICE RE:

**VERIFICATION [Plaintiffs' Answers to Defendant Riven Rock Staffing, LLC's First Set of Interrogatories to Plaintiffs]**

      I certify that on January 18, 2017, a true and correct copy of the above-referenced documents were served on Defendants via U.S. mail, with courtesy copy by email, to the following counsel of record:

Christopher M. Moody
Repps D. Stanford
4169 Montgomery Blvd., N.E.
Albuquerque, NM 87109
chavez@nmlaborlaw.com

DATED: January 18, 2017         SEYFARTH SHAW LLP,

                                              /s/ Michael G. Cross      /