| | |
|---|---|
| **From:** | Hart, Daniel P |
| **To:** | Repps Stanford; Chris Moody; Anne Chavez |
| **Cc:** | Cross, Michael G.; Allison Libeu (alibeu@hueston.com); Scott Gordon (SGordon@rodey.com); Tom Stahl (TStahl@rodey.com); Ninelist, Linda; Hope, Beth |
| **Subject:** | EmployBridge v. Riven Rock, et al. - Plaintiffs"/Claimants" Damages Calculations |
| **Date:** | Monday, March 27, 2017 7:50:37 PM |
| **Attachments:** | 38220821_4_CONFIDENTIAL -- EmployBridge v. Riven Rock, et al. - Plaintiffs___Claimants_Damages_Calculations.XLSX<br>38275139_1_Calculations of Pro Drivers Losses.XLSX<br>38269994_1_Acme Hours.XLSX<br>38269997_1_RAC Hours.XLSX<br>38269996_1_Fidelitone Hours.XLSX |

All,

I have attached Plaintiffs'/Claimants' damages calculations with the Pro Drivers losses added, as well as supporting documentation. I will bring hard copies of these documents tomorrow, and Ms. Scott will bring the verifications.

On another note, we are in receipt of Respondents' Rule 37 letter. We are reviewing that correspondence and will provide a response later this week with our position on the issues raised in the letter. In the meantime, if you feel the need to file a motion for an extension of time to engage in discovery motion practice, we are happy to consent to such a motion.

Finally, please let us know if you will consent to providing Claimants a 2-week extension of time to serve their responses and objections to the discovery requests served in the arbitration.

Regards,

Dan


**Daniel P. Hart** | Partner | Seyfarth Shaw LLP
1075 Peachtree Street, N.E. | Suite 2500 | Atlanta, Georgia 30309-3958
Direct: +1-404-881-5433 | Mobile: +1-404-457-6227 | Fax: +1-404-724-1633
dhart@seyfarth.com | www.seyfarth.com

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

EXHIBIT 10