IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EmployBridge, LLC and Employment
Solutions Management, Inc.,

                Plaintiffs,

vs.                                         CIVIL NO. 1:16-cv-00833

Riven Rock Staffing, LLC, et al.,

                Defendants.

**PLAINTIFFS' RULE 26(A) DISCLOSURES**

Plaintiffs, EmployBridge, LLC and Employment Solutions Management, Inc. (collectively, "EmployBridge"), by their attorneys, Seyfarth Shaw, LLP, disclose the following information pursuant to Federal Rule of Civil Procedure 26(a).

**1. Rule 26(a)(1)(A)(i)**

EmployBridge states that the following individuals are likely to have discoverable information that may be used to support EmployBridge's claims in this matter:

- Defendant Shaun Shepherd
  c/o Defendants' counsel
  Mr. Shepherd is expected to have knowledge regarding his employment with EmployBridge, his resignation from EmployBridge and employment with Riven Rock, his competitive activities on behalf of Riven Rock, his possession or use of EmployBridge property following the resignation of his employment with EmployBridge, and the contentions in his declaration submitted in opposition to Plaintiffs' Motion for TRO.

- Defendant Catherine Olinger
  c/o Defendants' counsel
  Ms. Olinger is expected to have knowledge regarding her employment with EmployBridge, her resignation from EmployBridge and employment with Riven Rock, her competitive activities on behalf of Riven Rock, her possession or use of EmployBridge property following the resignation of her employment with EmployBridge, and the contentions in her declaration submitted in opposition to Plaintiffs' Motion for TRO.

28737285v.1
28737285v.3

EXHIBIT 13

- Defendant Terry Miller
  c/o Defendants' counsel
  Mr. Miller is expected to have knowledge regarding his employment with EmployBridge, his resignation from EmployBridge and employment with Riven Rock, his competitive activities on behalf of Riven Rock, his possession or use of EmployBridge property following the resignation of his employment with EmployBridge, and the contentions in his declaration submitted in opposition to Plaintiffs' Motion for TRO.

- Defendant Timothy Jacquez
  c/o Defendants' counsel
  Mr. Jacquez is expected to have knowledge regarding his employment with EmployBridge, his resignation from EmployBridge and employment with Riven Rock, his competitive activities on behalf of Riven Rock, his possession or use of EmployBridge property following the resignation of his employment with EmployBridge, and the contentions in his declaration submitted in opposition to Plaintiffs' Motion for TRO.

- Donyelle Rose
  Member
  Riven Rock, LLC
  c/o Defendants' counsel
  Ms. Rose is expected to have knowledge regarding the formation and business of Riven Rock, Riven Rock's hiring of Shepherd, Olinger, Miller, and Jacquez (the "Individual Defendants"), and the Individual Defendants' competitive activities on behalf of Riven Rock.

- Ashkan Abtahi
  Member
  Riven Rock, LLC
  c/o Defendants' counsel
  Ms. Abtahi is expected to have knowledge regarding the formation and business of Riven Rock, Riven Rock's hiring of the Individual Defendants, and the Individual Defendants' competitive activities on behalf of Riven Rock.

- Terrie Doty
  Ms. Doty is expected to provide testimony regarding the allegations in her declaration submitted in opposition to Plaintiffs' Motion for TRO.

- Julie Maydew
  Employment Solutions Management, Inc.
  Regional Vice President
  c/o Plaintiffs' counsel
  Ms. Maydew is expected to have knowledge regarding Shepherd's and Olinger's employment with EmployBridge, the harm caused to Plaintiffs by Defendants' competitive activities and the allegations in her declarations submitted in support of Plaintiffs' Motion for TRO.

28737285v.1
28737285v.3

EXHIBIT 13

- Jalayne Billingham
  Employment Solutions Management, Inc.
  Branch Manager
  c/o Plaintiffs' counsel
  Ms. Billingham is expected to have knowledge regarding the harm caused to Plaintiffs by Defendants' competitive activities and the allegations in her declaration submitted in support of Plaintiffs' Motion for TRO.

- Fran Scott
  Employment Solutions Management, Inc.
  Market Leader
  c/o Plaintiffs' counsel
  Ms. Scott is expected to have knowledge regarding Miller's and Jacquez's employment with EmployBridge, the harm caused to Plaintiffs by Defendants' competitive activities and the allegations in her declarations submitted in support of Plaintiffs' Motion for TRO.

- Kevin Cottingim
  Employment Solutions Management, Inc.
  Vice President of Human Resources
  c/o Plaintiffs' counsel
  Mr. Cottingim is expected to have knowledge regarding EmployBridge's process for obtaining electronic signatures on its employment agreements and the allegations in his declaration submitted in support of Plaintiffs' Motion for TRO.

- James Vaughn
  iDiscovery Solutions, Inc.
  535 Anton Blvd., Suite 850
  Costa Mesa, CA 92626
  Mr. Vaughn is Plaintiffs' computer forensics expert and is expected to have knowledge regarding the allegations in his declaration submitted in support of Plaintiffs' Motion for TRO.

- Michael Kelm
  c/o Defendants' counsel
  Mr. Kelm is expected to have knowledge regarding his solicitation of employment by employees of Riven Rock, the termination of his employment at EmployBridge, and subsequent contact with EmployBridge customers.

- Brian Ostenak
  Mr. Ostenak is expected to have knowledge regarding his solicitation of employment by employees of Riven Rock.

- Nicole Romero
  Ms. Romero is expected to have knowledge regarding her solicitation of employment by employees of Riven Rock.

28737285v.1
28737285v.3

EXHIBIT 13

- Amber Fluitt
  c/o Defendants' counsel
  Ms. Fluitt is expected to have knowledge regarding her employment at EmployBridge, her knowledge of EmployBridge's confidential information, her employment at Riven Rock, her solicitation of Lively Distributing and Keystone Automotive on behalf of Riven Rock, and the Individual Defendants' employment at Riven Rock and their solicitation of EmployBridge's customers.

**2. Rule 26(a)(1)(A)(ii)**

EmployBridge states that documents and electronically-stored information that may be used to support the claims of EmployBridge are kept on the servers and in files belonging to EmployBridge. EmployBridge states that such documents may include correspondence between Defendants, between Defendants and third parties, and between Defendants and representatives of EmployBridge. EmployBridge states further that it anticipates documents and electronically-stored information related to the claims of EmployBridge to be located on personal computing devices owned or used by the Defendants. EmployBridge further states that it anticipates documents and electronically-stored information related to the claims of EmployBridge to be in the possession of any EmployBridge customers contacted by the Defendants.

**3. Rule 26(a)(1)(A)(iii)**

EmployBridge states that its damages are estimated to exceed $500,000 at this time, and that these damages are based upon lost customer accounts due to Defendants' wrongful competitive activity. Documents or other evidentiary material upon which EmployBridge has based its damages computation are in the possession of EmployBridge.

**4. Rule 26(a)(1)(A)(iv)**

EmployBridge states that it has no insurance agreements under which an insurance business may be liable to satisfy all or part of a judgment in this action.

DATED: September 6, 2016            Respectfully submitted,

              */s/ Daniel P. Hart            /*

              SEYFARTH SHAW LLP
              Daniel P. Hart
              1075 Peachtree Street, NE, Suite 2500
              Atlanta, Georgia 30309
              Telephone: (404) 881-5433
              Facsimile: (404) 724-1633

              SEYFARTH SHAW LLP
              Michael Cross
              400 Capitol Mall
              Suite 2350
              Sacramento, CA  95814-4428
              Telephone: (916) 498-7017
              Facsimile: (916) 288-6330

              RODEY, DICKASON, SLOAN,
              AKIN & ROBB, P.A.
              tstahl@rodey.com
              201 Third Street NW, Suite 2200
              Albuquerque, New Mexico 87102
              Telephone:  (505) 768-7240
              Facsimile:   (505) 768-7395

              *Attorneys for Plaintiffs*
              *EMPLOYBRIDGE, LLC and*
              *EMPLOYMENT SOLUTIONS*
              *MANAGEMENT, INC.*