IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EmployBridge, LLC and Employment
Solutions Management, Inc.,

               Plaintiffs,

vs.                                        CIVIL NO. 1:16-cv-00833

Riven Rock Staffing, LLC, et al.,

               Defendants.

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE, RULES 26(a) and 26(e)**

      Plaintiffs EmployBridge, LLC, and Employment Solutions Management, Inc. (collectively, "EmployBridge"), by their attorneys, Seyfarth Shaw LLP, disclose the following information pursuant to Federal Rule of Civil Procedure 26(a) and 26(e). EmployBridge reserves the right to further supplement or amend these and other disclosures and identify additional documents and witnesses not currently known or included in this disclosure. The information set forth below is produced without prejudice to EmployBridge's right to rely on evidence subsequently discovered, or to further amend or supplement its disclosures if necessary. EmployBridge's Supplemental Disclosures supplement its Initial Disclosures, served September 6, 2016, and which EmployBridge hereby incorporates by reference as if fully restated herein.

      EmployBridge makes the following disclosures without waiving claims of attorney-client privilege, attorney work-product doctrine, or any other applicable objection or privilege, including, but not limited to, those that can be asserted by third parties.

EXHIBIT 14

**1. Rules 26(a)(1)(A)(i) & 26(e)**

EmployBridge states that the following entities are likely to have discoverable information that may be used to support EmployBridge's claims in this matter:

- Stephen Sorensen
  4531 Via Esperanza, Santa Barbara, California 93110
  Mr. Sorenson is expected to have knowledge regarding the formation, corporate structure, management, and operations of Riven Rock Staffing, LLC.  Mr. Sorensen is further expected to have knowledge about Riven Rock's strategy to solicit away from EmployBridge its clients and employees, including which Riven Rock employees were involved those solicitations.

- Debby Munoz
  2872 Viejas View Place, Alpine, California 91901
  Ms. Munoz is expected to have knowledge regarding the formation, corporate structure, management, and operations of Riven Rock Staffing, LLC, and Riven Rock's strategy to solicit away from EmployBridge its clients and employees, including which Riven Rock employees were involved those solicitations.

- Arlita Purser
  9033 Esquon Road, Durham, California 95938
  Ms. Purser is expected to have knowledge regarding the formation, corporate structure, management, and operations of Riven Rock Staffing, LLC, and Riven Rock's strategy to solicit away from EmployBridge its clients and employees, including which Riven Rock employees were involved those solicitations.

- Dave Tonick
  Address unknown
  Mr. Tonick is expected to have knowledge regarding the formation, corporate structure, management, and operations of Riven Rock Staffing, LLC, and Riven Rock's strategy to solicit away from EmployBridge its clients and employees, including which Riven Rock employees were involved those solicitations.

- Esperer Holdings, Inc.
  Agent for Service of Process:
    Corporate Creations Network Inc.
    1430 Truxtun Ave., 5th Floor
    Bakersfield, California  93301
  Esperer Holdings, Inc., of which Stephen Sorensen is the principal, is expected to have information and documents regarding the formation, corporate structure, management, and operations of Riven Rock Staffing, LLC, as well as information and documents regarding Riven Rock's strategy to solicit away from EmployBridge its clients and employees, including which Riven Rock employees were involved those solicitations.

EXHIBIT 14

- Butler America, LLC
    Agent for Service of Process:
        Corporate Creations Network Inc.
        1430 Truxtun Ave., 5th Floor
        Bakersfield, California  93301
  Butler America, LLC, is expected to have information and documents regarding the formation, corporate structure, management, and operations of Riven Rock Staffing, LLC, as well as information and documents regarding Riven Rock's strategy to solicit away from EmployBridge its clients and employees, including which Riven Rock employees were involved those solicitations.

- Butler America Holdings, Inc.
    Agent for Service of Process:
        Corporate Creations Network Inc.
        1430 Truxtun Ave., 5th Floor
        Bakersfield, California  93301
  Butler America Holdings, Inc., is expected to have information and documents regarding the formation, corporate structure, management, and operations of Riven Rock Staffing, LLC, as well as information and documents regarding Riven Rock's strategy to solicit away from EmployBridge its clients and employees, including which Riven Rock employees were involved those solicitations.

- Kenton Group.com, LLC
    Agent for Service of Process:
        Corporate Creations Network Inc.
        1430 Truxtun Ave., 5th Floor
        Bakersfield, California  93301
  Kenton Group.com, LLC, is expected to have information and documents regarding the formation, corporate structure, management, and operations of Riven Rock Staffing, LLC, as well as information and documents regarding Riven Rock's strategy to solicit away from EmployBridge its clients and employees, including which Riven Rock employees were involved those solicitations.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

EXHIBIT 14

DATED: November 1, 2016        Respectfully submitted,

    */s/ Daniel P. Hart            /*

SEYFARTH SHAW LLP
Daniel P. Hart
1075 Peachtree Street, NE, Suite 2500
Atlanta, Georgia 30309
Telephone:  (404) 881-5433
Facsimile:  (404) 724-1633

SEYFARTH SHAW LLP
Michael Cross
400 Capitol Mall
Suite 2350
Sacramento, CA  95814-4428
Telephone:  (916) 498-7017
Facsimile:  (916) 288-6330

RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.
tstahl@rodey.com
201 Third Street NW, Suite 2200
Albuquerque, New Mexico 87102
Telephone:  (505) 768-7240
Facsimile:  (505) 768-7395

*Attorneys for Plaintiffs*
*EMPLOYBRIDGE, LLC and*
*EMPLOYMENT SOLUTIONS*
*MANAGEMENT, INC.*

EXHIBIT 14

## CERTIFICATE OF SERVICE

      I certify that on October 31, 2016, a true and correct copy of the foregoing was served on Defendants via U.S. Mail, with courtesy copy by email, to the following counsel of record:

Christopher M. Moody
Repps D. Stanford
4169 Montgomery Blvd., N.E.
Albuquerque, NM  87109
moody@nmlaborlaw.com
stanford@nmlaborlaw.com


DATED: November 1, 2016               SEYFARTH SHAW LLP,

                                          */s/ Daniel P. Hart                    /*

35531232v.1

EXHIBIT 14