

May 23rd, 2016

Dear Amber Fluitt,

It is with great excitement that we extend an offer of employment to join our team as our Business Development Manager in the Albuquerque area office, effective May 30th, 2016. We are very impressed with your experience and extensive skill set and know you will be a perfect fit with our RivenRock culture. This offer of employment is contingent on your ability to complete our hiring process including presenting eligibility to work in the United States.

Your position of Business Development Manager will be a salaried position with base pay of $1,538.46 biweekly which is the equivalent of $40,000.00 per year. In addition to your base salary the following will also be included in your overall compensation package: (RivenRock has a 13 period calendar year)

- 100.00 per period Cellular Phone Allowance
- 2016 Team Benchmark Bonuses paid the period following meeting the GM requirements for 4 out of 5 weeks. (Holiday weeks excluded)
- 3.0 Sales commission on assigned accounts. (Based, and paid on collected GM per period)

- 600.00 per period Auto Bonus
- 2016 Team benchmark Bonus amounts will be paid as follows: $5,000 to split between the ABQ team for each $10,000 benchmark met for 2016. Example: $10k in GM = $5,000, $20k = $5,000, $30k = $5,000, $40k = $5,000, $50k = $5,000.
- 2017 going forward Tier Bonuses will be set prior to year start and then paid out early the following year.

The following Benefits will also all have exceptions made to standard wait times and become effective immediately upon hire or Company Eligibility: Health Insurance/401k (once we offer), Vacation Accruals, Sick Accruals and Paid Holidays (New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day).

By signing below I acknowledge that the provisions of this contingent offer have been read, are understood, and are accepted. This offer shall remain open until May 25th, 2016. Any acceptance after this date will be considered invalid and a new offer will need to be drafted and accepted. With my signature below I further acknowledge, understand and agree that my employment with RivenRock Staffing is "At-Will" and may terminated by me or the employer, with or without notice and with or without cause. This contingent offer of employment is for no definite term, regardless of any other oral or written statement. Only an agreement in writing and signed by an owner may supersede the above offer of "At-Will" employment.

**Please confirm your acceptance of this offer in writing by signing and returning this letter to the Albuquerque Branch.**

_____
SIGNATURE –Amber Fluitt

_____
DATE

EXHIBIT 15

RIVENROCK005780