THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**EMPLOYBRIDGE, LLC**, a California Limited Liability Company, and **EMPLOYMENT SOLUTIONS MANAGEMENT, INC.**, a Georgia Corporation,

       Plaintiffs,

v.

**RIVEN ROCK STAFFING, LLC**, a Nevada Limited Liability Company, **LARRY SHAUN SHEPHERD**, an individual, **CATHERINE OLINGER**, an individual, **TERRY MILLER**, and individual, **TIMOTHY JACQUEZ**, an individual, and Does 1 through 25, inclusive,

       Defendants.

Case No. 16-833-WJ/KK

**INDEX AND COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: CITY OF ALBUQUERQUE CLAIMS and PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: NON-CITY OF ALBUQUERQUE CLAIMS[1]**

**Exhibit A** - Excerpts of Deposition of Terrie Doty

**Exhibit B** - Deposition Exhibit 88

**Exhibit C** - Excerpts of Deposition of Amber Fluitt

**Exhibit D** - Excerpts of Deposition of Donyelle Rose

**Exhibit E** - Excerpts of Deposition of Terry Miller

**Exhibit F** - Excerpts of Deposition of Catherine Olinger

**Exhibit G** - Deposition Exhibit 139 - *Attorneys Eyes Only*

**Exhibit H** - Excerpts of Deposition of Larry Shaun Shepard

**Exhibit I** - Excerpts of 30(b)(6) Deposition of Larry Shaun Shepard

**Exhibit J** - Map of Distance between Riven Rock and EmployBridge

**Exhibit K** - Deposition Exhibit 74

---

[1] Pursuant to D.N.M. LR.-Civ. 10.5, counsel for Plaintiffs has conferred with counsel for Defendants, who has agreed to an exhibit page extension beyond the page limits set forth in D.N.M. LR.-Civ. 10.5.

1

**Exhibit L - Deposition Exhibit 120**

**Exhibit M - Excerpts of Deposition of Timothy Jacquez**

**Exhibit N - Deposition Exhibit 29**

**Exhibit O - Excerpts of Deposition of Fran Scott**

**Exhibit P - Deposition Exhibit 121 -** *Confidential*

**Exhibit Q - Deposition Exhibit 10 -** *Attorneys Eyes Only*

**Exhibit R - Deposition Exhibit 11 -** *Confidential*

**Exhibit S - Deposition Exhibit 12 -** *Confidential*

**Exhibit T - Deposition Exhibit 13 -** *Confidentia*l

**Exhibit U - Deposition Exhibit 14**

**Exhibit V - Deposition Exhibit 15 -** *Attorneys Eyes Only*

**Exhibit W - Deposition Exhibit 16 -** *Attorneys Eyes Only*

**Exhibit X - Deposition Exhibit 33**

**Exhibit Y - Deposition Exhibit 49**

**Exhibit Z - Deposition Exhibit 3**

DATED: May 30, 2017                    Respectfully submitted,

                                            */s/ Daniel P. Hart            /*

                                            RODEY, DICKASON, SLOAN,
                                            AKIN & ROBB, P.A.
                                            tstahl@rodey.com
                                            201 Third Street NW, Suite 2200
                                            Albuquerque, New Mexico 87102
                                            Telephone: (505) 768-7240
                                            Facsimile:  (505) 768-7395

                                            SEYFARTH SHAW LLP
                                            Daniel P. Hart
                                            1075 Peachtree Street, NE, Suite 2500
                                            Atlanta, Georgia 30309
                                            Telephone: (404) 881-5433
                                            Facsimile: (404)

                                            SEYFARTH SHAW LLP
                                            Michael Cross
                                            400 Capitol Mall
                                            Suite 2350
                                            Sacramento, CA 95814-4428
                                            Telephone: (916) 498-7017
                                            Facsimile: (916) 288-6330

                                            *Attorneys for Plaintiffs*
                                            *EMPLOYBRIDGE, LLC and*
                                            *EMPLOYMENT SOLUTIONS*
                                            *MANAGEMENT, INC.*

## **CERTIFICATE OF SERVICE**

I certify that on May 30, 2017, I filed the foregoing *INDEX AND COMPENDIUM OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: CITY OF ALBUQUERQUE CLAIMS and PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT RE: NON-CITY OF ALBUQUERQUE CLAIMS*  and that it was served on Defendants via the Court's CM/ECF electronic filing system to the following counsel of record, as reflected on the Notice of Electronic Filing (NEF):

Christopher M. Moody
Repps D Stanford
Moody & Warner PC
4169 Montgomery Blvd. NE
Albuquerque, NM 87109
moody@nmlaborlaw.com
stanford@nmlaborlaw.com

                                            */s/ Daniel P. Hart            /*
                                            *Attorney for Plaintiffs*

4