**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Clerk's Minutes**

Tuesday, June 6, 2017 at 10:30 a.m.

*EmployBridge, LLC et al. v. Riven Rock Staffing, LLC et al.*

Civ. No. 16-833 WJ/KK

**PLAINTIFFS' ATTORNEYS PRESENT:**      Scott Gordon
                                        Daniel Hart


**DEFENDANTS' ATTORNEYS PRESENT:**      Repps Stanford


**TYPE OF PROCEEDING:**   Telephonic Status Conference
                          Time – Four Minutes

**CLERK'S MINUTES:**

- The Court held a telephone status conference to discuss whether the parties were interested in scheduling a settlement conference. Mr. Hart informed the Court that the arbitrator had ordered the parties to participate in mediation as to all claims, and that they have a mediation scheduled in August 2017 with a private mediator. The Court advised the parties that it is available to assist them with settlement negotiations in the event the mediation is unsuccessful.